**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STONECREST INCOME AND
OPPORTUNITY FUND-I, LLC,

    Plaintiff,

v.                                  Case No: 8:13-cv-2009-T-30EAJ

DEBORAH HICKS,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Consent Stipulation of Dismissal (Dkt. #44). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of June, 2014.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2009 dismissal 44.docx